UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERRY CANNADY, as personal representative for the estates of Kyle Milton, Malik Milton, and Monica Cannady, as next friend to Jane Doe

Plaintiff,

vs

Case No. 2:25-cv-10652
Consolidated for Discovery with
Case No. 2:25-cv-10650
District Judge Gershwin A. Drain
Magistrate Judge Anthony P. Patti

ALEX KAZAL, in his individual capacity only,
JOHN BRISH, in his individual capacity only,
DEVON BERNRITTER, in his individual capacity only,
and OAKLAND COUNTY, MICHIGAN,

Defendants.

---

PITT McGEHEE PALMER BONANNI & RIVERS
MEGAN A. BONANNI (P52079) KEVIN CARLSON (P67704) BETH RIVERS (P33614)
117 West Fourth Street, Suite 200 Royal Oak, Michigan 48067
(248) 398-9800
mbonanni@pittlawpc.com
kcarlson@pittlawpc.com
brivers@pittlawpc.com

DEAN ELLIOTT, PLC
DEAN ELLIOTT (P60608)
201 E. 4th Street
Royal Oak, MI 48067
(248) 251-0001
dean@deanelliottplc.com

POTTER, DeAGOSTINO & CLARK
STEVEN M. POTTER (P33344) ROBERT C. CLARK (P76359) LAYLA R. SIZEMORE (P85502)
Attorneys for Defendants
2701 Cambridge Court, Suite 223 Auburn Hills, Michigan 48326
(248)377-1700 / Fax (248) 377-0051
spotter@potterlaw.com
rclark@potterlaw.com
lsizemore@potterlaw.com

OAKLAND COUNTY CORPORATION COUNSEL
NICOLE B. TABIN (P73685) Attorney for Defendant OC
1200 N. Telegraph Road, Dept. 419
Pontiac, MI 48341
(248) 858-1475
tabinn@oakgov.com

# ORDER GRANTING DEFENDANTS' MOTION FOR RELEASE AND PRODUCTION OF CHILD PROTECTIVE SERVICES RECORDS (ECF 38)

This matter having come before this Honorable Court upon Motion of Defendants, through their respective counsel, no opposition having been received by the Court, the Court finding that the subpoenaed records are clearly relevant to the claims and/or defenses, and the Court being otherwise fully advised in the premises;

It is **HEREBY ORDERED** that Defendants' Motion for Release and Production of Child Protective Services Records (ECF 38) is **GRANTED** and the Michigan Department of Health and Human Services is ordered to produce the requested Child Protective Services records in response to Defendants' subpoena within **twenty-one (21) days** of entry of this order, providing that the records may be produced subject to the Protective Order governing this action (ECF No. 27) and/or are designated confidential.

It is **FURTHER ORDERED** that failure to comply with this Order may result in the imposition of sanctions, including but not limited to an award of reasonable attorney's fees and costs, and a finding of contempt of court.

It is **SO ORDERED**.

Dated: October 1, 2026

Hon. Anthony P. Patti
United States Magistrate Judge

Respectfully submitted by:

*/s/ Steven M. Potter*
STEVEN M. POTTER (P33344)
POTTER, DEAGOSTINO & CLARK
Attorney for Defendants